FILED: December 27, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2235 (L)
(5:15-cv-00372-D)
(14-00542-5-SWH)

_____

BRUCE D. COPELAND

       Appellant

v.

MARJORIE K. LYNCH

       Appellee

A. SCOTT MCKELLAR

       Trustee - Appellee

and

1UP ALLSTAR SERVICENTERS, LLC

       Debtor

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk